IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:16-cv-2092 ) |
| N602DW, LLC, DANY WAYNE BRAZZELL, ROBERT JOSHEPH TURNER, and BANK OF AMERICA, N.A., | ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Comes the Plaintiff, United States Specialty Insurance Company ("USSIC"), and the individual defendants, Danny Brazzell and Robert Turner, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and announce to the Court that USSIC stipulates to the dismissal of the claims in its Complaint against Danny Brazzell and Robert Turner, individually, with prejudice, and likewise, Danny Brazzell and Robert Turner, individually, stipulate to the dismissal of any claims, counterclaims, or defenses which they have against USSIC, with prejudice. Each party agrees to bear its own attorneys' fees and discretionary costs associated with this matter. This Stipulation of Dismissal shall have no impact on the claims of Plaintiff, USSIC, against the remaining corporate defendants, N602DW, LLC and Bank of America, N.A.

Respectfully submitted this 12th day of January, 2017.

s/William J. Carver
William J. Carver, BPR # 022718
Attorneys for Plaintiff U.S. Specialty Insurance Company
Kramer Rayson LLP
P.O. Box 629
Knoxville, Tennessee 37901-0629
(865) 525-5134

s/John R. Wingo
John R. Wingo, BPR # 016955
Attorney for Defendant Bank of America, N.A.
Stites & Harbison, PLLC
401 Commerce Street
Suite 800
Nashville, Tennessee 37219
(615) 782-2263


s/Robert Joseph Turner
Robert Joseph Turner
Defendant/Attorney
208 Third Avenue North
Nashville, Tennessee 37201


s/Larry Lamont Crain
Larry Lamont Crain, BPR # 009040
Attorney for Defendant Danny Wayne Brazzell and N602DW, LLC
5214 Maryland Way
Suite 402
Brentwood, Tennessee 37027
(615) 376-2600
