UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 3:16-cv-02092 ) JUDGE CRENSHAW |
| N602DW, LLC, DANNY WAYNE BRAZZELL, ROBERT JOSEPH TURNER and BANK OF AMERICA, N.A., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The Plaintiff has filed a Stipulation of Dismissal (Doc. No. 32) in regard to defendants Danny Brazzell and Robert Turner. Accordingly, this action is **DISMISSED WITH PREJUDICE** against Danny Brazzell and Robert Turner. Claims against the remaining defendants are still pending.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE