UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 3:16-cv-02092 ) CHIEF JUDGE CRENSHAW ) |
| N602DW, LLC, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons given in the accompanying Memorandum Opinion, the United States Specialty Insurance Company's Motion for Summary Judgment (Doc. No. 39) is **GRANTED**. The Court finds that the loss to N602DW, LLC, or Bank of America, N.A., arising from the theft is not covered under Insurance Policy Number GA00171130-00.

The October 23, 2017 pretrial conference and November 7, 2017 trial are **CANCELED**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE