# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

United States Specialty Insurance Company

                                               Plaintiff,

v.                                                                           Case No.: 3:16−cv−02092

N602DW, LLC, et al.

                                               Defendant,

## ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/6/2017 re [53], [54].

                                                                             Keith Throckmorton, Clerk
                                                                          s/ Angie Brewer, Deputy Clerk